UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOVE ROCKS BY JAGS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0278-G |
| ZALE CORPORATION, ET AL., | ) | |
| | ) | **ECF** |
| Defendants. | ) | |

### ORDER OF DISMISSAL

Plaintiff Love Rocks by JAGS, Ltd. and defendant Zale Corporation ("Zale") have informed the court that they have reached a settlement of the claims between them. They have moved the court to dismiss the claims between plaintiff and Zale with prejudice to refiling (docket entry 12). The parties' joint motion to dismiss against Zale is **GRANTED**.

It is therefore **ORDERED** that all claims by plaintiff against defendant Zale Corporation, direct or indirect, in the above-captioned and numbered action are hereby **DISMISSED** with prejudice to refiling, with costs to be borne by the party incurring same.

It is further **ORDERED** that defendant Zale Corporation is hereby and forever **DISMISSED** from this action.

It is further **ORDERED** that this order shall have no effect on plaintiff's claims against any defendant other than Zale Corporation.

March 11, 2009.

                                           _____
                                           A. JOE FISH
                                           **Senior United States District Judge**